IN THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO: _6:21-cv-2089_

GLYNDA HOLCOMB,
Plaintiff,

vs.

CENTRAL FLORIDA REGIONAL TRANSPORTATION AUTHORITY OR
LYNX,
Defendant.

_____/

## INITIAL COMPLAINT AND MOTION

GLYNDA HOLCOMB, (hereinafter "Plaintiff"), by and through *pro se* filing and currently
without undersigned counsel, sues Defendant, LYNX, and alleges:

This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of
costs for a one-time lump sum payment of Five Hundred Million Dollars or $500 Million United
States Dollars ($500,000,000 USD).

At all times material hereto, Plaintiff was and is a United States Citizen and file in this state as
Lynx is headquartered in the state of Florida.

At all times material hereto Defendant, LYNX, was and is a business licensed in the State of
Florida.

5. At all times material hereto Defendant, LYNX, engaged in the business of providing public
transportation throughout the central Florida region, including in Orange, Osceola, Seminole,
Volusia, and other Counties in Central Florida.

6. The motor bus incident which forms the basis of this Complaint involved **Lynx Route 8**
Inbound to Lynx Station from International Drive and Universal Orlando area between 10:00
a.m. and 10:15 a.m. Eastern near Westmoreland. **Lynx Route 8** was operated by an African
Caribbean female operator was in training with a Caucasian American male.

7. At the time of the motor bus incident of December 5, 2021, Plaintiff was a passenger seated to
the left of the male trainer and was thrown from her seat sustaining severe injuries.

1 OF 6

8. At the time of the motor bus incident of December 5, 2021, the Lynx operator was inattentive and did not appear to show mental capacity for recognizing recurring Lynx designated stop signage nor above average English fluency. Operator's responses to trainer's imperatives or commands were generally "uh.., ok…"

9. At all times material hereto, Plaintiff was a passenger subject to as insured under a policy of vehicular insurance with Defendant, LYNX, (Policy Number UNKOWN) which insured the Lynx bus involved. Lynx should be compelled to provide uninsured/underinsured motorist ("UM") benefits to the Court and Plaintiff.

10. Plaintiff has complied with all conditions precedent for maintaining an action against Defendant, LYNX, contained in said policy.

11. On December 5, 2021, the Lynx Operator negligently operated **Route 8** causing serious personal injuries to Plaintiff and other passengers.

12. As a direct and proximate cause of the aforementioned negligence of LYNX, Plaintiff suffered bodily injuries and/or an aggravation of a pre-existing conditions which have resulted in pain, suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical and related care and treatment, loss of equal and fair access to public transportation, and/or loss of the ability to board buses without maltreatment from other operators as expressed in emails to LYNX customer care. The pain and suffering are either permanent or continuing in nature, and Plaintiff will suffer the life changes in the future.

## COUNT I – CLAIM FOR INSURED BENEFITS AGAINST DEFENDANT, LYNX

Plaintiff re-alleges paragraphs 1-12 above and further alleges:

13. At all times material hereto, Plaintiff was a passenger and subject to policy of insurance issued by Defendant, LYNX with Central Florida Insurance Associates, 1103 Lynx Trail, Winter Springs, FL 32708, or OTHER coverage provider.

14. The claim number assigned by Defendant, LYNX, for Plaintiff's claim has not been offered.
15. Said policy of insurance included protection/benefits for Plaintiff in the event Plaintiff was injured by an uninsured, underinsured motorist, operator negligence, etc.

16. On or about December 5, 2021, Plaintiff was seated in designated ADA area when **Route 8** was operated in a negligent manner by Female Operator.

17. Plaintiff's condition and injuries were immediately noted by trainer and other passengers that involved timely notice to rescue services. Female Operator attempted to leave bus and/or scene.
18. Immediately prior to and at the time of said incident, the Female Operator was operating the bus in a negligent manner with repeated interruptions, imperatives, and commands from trainer.

19. The negligence of the Female Operator was the sole and proximate cause of the bus incident and Plaintiff's injuries as Plaintiff was at all times seated and positioned with due care.

20. All conditions precedent have been performed or have occurred to entitle Plaintiff to payment under the aforesaid provision of the aforesaid policy with Defendant, LYNX.

21. As a result of this bus incident, Plaintiff has suffered bodily injuries and/or an aggravation of a pre-existing conditions which have resulted in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of medical and related care and treatment, loss of equal and fair access to public transportation, and/or loss of the ability to board buses without maltreatment from other operators as expressed in emails to LYNX customer care. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant, LYNX, in an amount in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of costs for a one-time lump sum payment of Five Hundred Million Dollars or $500 Million United States Dollars ($500,000,000 USD), plus taxable costs, and such other further relief as the Court may deem just and proper.

## COUNT II – CIVIL RIGHTS VIOLATIONS COMMITED BY DEFENDANT, LYNX

### Federal Transit Law

49 U.S.C. 5333(b) (also known as Section 13(c) of the Federal Transit Act)

**49 CFR Chapter VI** – Federal Transit Administration, Department of Transportation "Title VI of the Civil Rights Act of 1964 protects people from discrimination based on race, color, and national origin in programs and activities receiving federal financial assistance. The Federal Transit Administration works to ensure nondiscriminatory transportation in support of our mission to enhance the social and economic quality of life for all Americans. The FTA Office of Civil Rights is responsible for monitoring FTA recipients' Title VI programs and ensuring their compliance with Title VI requirements".

Plaintiff has endured a number of ADA pass-ups by a particular operator as described in formal complaints to LYNC customer care. Emails are attached detailing encounters spanning November 2021 and December 2021. African or Black Male Operator of **Routes 108** and **42** purposefully, intentionally, and directly denied Plaintiff the right to board 108 and 42 within the same 10-day period as confirmed by LYNX management—Lendy Castillo. Emails are attached reflecting confirmation from an onsite and on-duty dispatcher, Wanda, and is pending solution from Castillo.

## American with Disabilities Act 1990

"The Americans with Disabilities Act of 1990 (ADA) prohibits discrimination and ensures equal opportunity and access for persons with disabilities".

The Federal Transit Administration (FTA) works to ensure nondiscriminatory transportation in support of our mission to enhance the social and economic quality of life for all Americans. The FTA Office of Civil Rights is responsible for civil rights compliance and monitoring to ensure nondiscriminatory provision of public transit services".

**49 U.S. Code** § 107. Federal Transit Administration Administrator is appointed by the President and reports directly to the Secretary of Transportation. The Administrator's duties and powers are prescribed by the Secretary.

LYNX is an authorized public transportation system in Central Florida operating under federal, state, and local laws of Florida.

**49 CFR Part 670** – Public Transportation Safety Program  **Source** 49 U.S.C. 5329, 49 CFR 1.91 Subpart B - Inspections, Investigations, Audits, Examinations and Testing (§§ 670.11 - 670.13) LYNX is obligated to surrender any and all examination material that will support allegations of negligence, unfair employment practices, justification for hiring practices, and other documentation subject to the Freedom of Information Act as it pertains to transparency.

**49 CFR Subpart B - Inspections, Investigations, Audits, Examinations and Testing** § 670.11 General. Lynx acting Administrator is compelled to produce any and all exam scores related to Test of English as a Foreign Language (TOEFL) to establish above average fluency for reading comprehension, writing excellency, recognition of national and international traffic control signage, numeration fluency with above average mathematical skills, but not limited to internal employment performance skill assessments (e.g., DOT logs, classroom competency, and demonstration applicability).

According to Statista (2021), Florida is home to more than 15,000,000 licensed drivers spanning class types. In 2017, the Bureau of Labor Statistics reported slightly more than 155,000 African American or Black (Non-Hispanic) drivers held jobs in transportation. Upon review and noticing employment practices throughout the state of Florida, one is certain African Americans account for significantly less of the local workforce for LYNX in relation to drivers and applicants from outer lying Caribbean-island nations and foreign nations altogether.

§ 670.13 Request for confidential treatment of records.

In addition to a desire to examine for unfair, unequal, and discriminatory hiring practices against African Americans and thus subjecting United States Citizens to danger aboard public vessels,

one demands access to formal document to support or reject the claims made thus far. Failure to release said documentation—meaning denying transparency—will not appear favorable.

**Title 49 - Transportation**
Subtitle B - Other Regulations Relating to Transportation

## COUNT III FEDERAL AND STATE VIOLATIONS

**PART 674** State Safety Oversight

**49 CFR Part 601** – Organizations, Functions, and Procedures
Subpart B § 601.10 Public Availability of Information

> *According to United States Justice Department, Title VI, 42 U.S.C.*
> *§ 2000d et seq., was enacted as part of the landmark Civil Rights Act*
> *of 1964. It prohibits discrimination on the basis of race, color, and*
> *national origin in programs and activities receiving federal financial*
> *assistance. As President John F. Kennedy said in 1963: Simple justice*
> *requires that public funds, to which all taxpayers of all races [colors,*
> *and national origins] contribute, not be spent in any fashion which*
> *encourages, entrenches, subsidizes or results in racial [color or*
> *national origin] discrimination.*

In 2007 the American Bar Association releases *Transportation Inequity in the United States: A Historical Overview* citing housing, education, and transportation as three major types of infrastructures separating races in America. Of course, the separation fosters inequities, imbalances, and disenfranchisement for people of color, poor people, and those with disabilities.

PLAINTIFF buys monthly passes via the LYNX Reduced Fare Program for federally recognized disabilities—which are documented by physicians and outlined by Lynx guidelines. PLAINTIFF has encountered Operators who do not want to kneel the bus; extend the ramp, or simply abandon boarding of PLAINTIFF across routes. PLAINTIFF'S condition include Peripheral Nervous Disorder, Rheumatoid Arthritis, and ORIF implantation.

**Title 49 - Transportation**
Subtitle B - Other Regulations Relating to Transportation

**CHAPTER VI** - FEDERAL TRANSIT ADMINISTRATION, DOT

**PART 609** – Transportation for Elderly and Handicap Persons

**Appendix A to Part 609 - Elderly and Handicapped**

According to Cornell Law School, the definitions of the term *elderly and handicapped* as applied under Federal Transit Administration or FTA's elderly and handicapped half-fare program (49 CFR part 609) shall apply to this rule. This permits a broader class of handicapped persons to take advantage of the exception than would be permitted under the more restrictive definition applied to the non-discrimination provisions of the FTA's section 504 program (49 CFR 27.5), which includes only handicapped persons otherwise unable to use the recipient's bus service for the general public. Accordingly, for the purposes of this part, the definition of *elderly persons* may be determined by the FTA recipient but must, at a minimum, include all persons 65 years of age or over.

Similarly, the definition of *handicapped persons* is derived from the existing regulations at 49 CFR 609.3 which provides that *handicapped persons* mean those individuals who, by reason of illness, **injury**, age, congenital malfunction, or other **permanent or temporary incapacity or disability**, including those who are non-ambulatory wheelchair-bound and those with semi-ambulatory capabilities. Such individuals are unable to and/or without special facilities or special planning or design to utilize mass transportation facilities and services as effectively as persons who are not so affected.

To assist in understanding how the definitions might be applied to the FTA of the charter rule, the Cornell Law School offers the following questions and answers previously published by the FTA for the half-fare program in FTA C 9060.1, April 20, 1978, are reproduced:

1. *Question:* Can the definition of *elderly* or *handicapped* be restricted on the basis of residency, citizenship, income, employment status, or the ability to operate an automobile?
*Answer:* No. Section 5(m) is applicable to *elderly and handicapped persons.* It is FTA's policy that such categorical exceptions are not permitted under the Act.

2. *Question:* Can the eligibility of *temporary handicaps* be restricted on the basis of their duration?
*Answer:* Handicaps of less than 90 days duration may be excluded. Handicaps of more than 90 days duration must be included.

3. *Question:* Can the definition of *handicap* be limited in any way?
*Answer:* FTA has allowed applicants to exclude some conditions which appear to meet the functional definition of *handicap* provided in section 5302(a)(5) of the Federal transit laws (49 U.S.C. Chapter 53). These include pregnancy, obesity, drug or alcohol addiction, and certain conditions which do not fall under the statutory definition (e.g., loss of a finger, some chronic heart or lung conditions, controlled epilepsy, etc.). Individuals may also be excluded whose handicap involves a contagious disease or poses a danger to the individual or other passengers. Other exceptions should be reviewed on a case-by-case basis.

4. *Question:* Is blindness considered a handicap under Section 5(m)?
*Answer:* Yes.

5. *Question:* Is deafness considered a handicap under section 5(m)?
*Answer:* As a rule, no, because deafness, especially on buses, is not considered a disability which requires special planning, facilities, or design. However, deafness is recognized as a handicap in the Department of Transportation's ADA regulation, and applicants for Section 5 assistance are encouraged to include the deaf as eligible for off-peak half-fares.

6. *Question:* Is mental illness considered a handicap under section 5(m)?
*Answer:* As a rule, no, because of the difficulty in establishing criteria or guidelines for defining eligibility. However, FTA encourages applicants to provide the broadest possible coverage in defining eligible handicaps, including mental illness.

7. *Question:* Can operators delegate the responsibility for certifying individuals as eligible to other agencies?
*Answer:* Yes, provided that such agencies administer the certification of individuals in an acceptable manner and are reasonably accessible to the elderly and handicapped. Many operators currently make extensive use of social service agencies (both public and private) to identify and certify eligible individuals.

8. *Question:* Can operators require elderly and handicapped individuals to be recognized by any existing agency (e.g., require that handicapped persons be receiving Social Service or Veterans' Administration benefits)?
*Answer:* Recognition by such agencies is commonly used to certify eligible individuals. However, such recognition should not be a mandatory prerequisite for eligibility. For example, many persons with eligible temporary handicaps may not be recognized as handicapped by social service agencies.

9. *Question:* Can the operator require that elderly and handicapped persons come to a central office to register for an off-peak half-fare program?
*Answer:* FTA strongly encourages operators to develop procedures which maximize the availability of off-peak half-fares to eligible individuals. Requiring individuals to travel to a single office which may be inconveniently located is not consistent with this policy, although it is not strictly prohibited. FTA reserves the right to review such local requirements on a case-by-case basis.

10. *Question:* Must ID cards issued by one operator be transferable to another?
*Answer:* No. However, FTA encourages consistency among off-peak procedures and the maximizing of availability to eligible individuals, especially among operators within a single urban area. Nevertheless, each operator is permitted to require its own certification of individuals using its service.

11. *Question:* Can an operator require an elderly or handicapped person to submit to a procedure certifying their eligibility before they can receive half-fare? For example, if an operator requires eligible individuals to have a special ID card, can the half-fare be denied to an individual who can otherwise give proof of age, etc., but does not have an ID card?
*Answer:* Yes, although FTA does not endorse this practice.
[53 FR 53356, Dec. 30, 1988. Redesignated and amended at 61 FR 19562, May 2, 1996]

Female operator slammed the breaks and sent all passengers forward, flying, and being thrown from seated positions. It was determined by local law enforcement that the Lynx bus was not involved in a crash, collision, or other vehicular accident.

It is a fact the female operator did not fully understand the male trainer commands and imperatives. It is a fact the female operator was alerted to stop at each official-Lynx pink and white designated stop for the Route 8. Now, these pink and white designated stops occur as often as four per controlled intersection—especially in residential areas. Designated stops may occur within every 60 to 120 seconds or less along city routes. All Lynx designated stops are at or above eye level and are visible from the windshield up to the rear of each bus, rathe articulated or not.

*Glynda Holcomb*

_____

(Signature of Person Completing Service)
Pro Se Filer, Non-Attorney

| | |
|---|---|
| **Print Name:** | Glynda Holcomb |
| **Telephone Number:** | (850)203-2201 |
| **Email Address:** | gholcomb585@yahoo.com |
| **Date:** | December 10, 2021 |

| | |
|---|---|
| **Party Name: Cc:** | James E. Harrison, Lynx CEO |
| **How Served:** | Central Florida Regional Transit Authority (Lynx) |
| **Address:** | 455 North Garland Avenue |
| **City, State, Zip:** | Orlando, FL 32801 |
| **Phone:** | (407) 841-5969 |
| **Website:** | http://www.golynx.com |
| **Email:** | inquiry@golynx.com |

8 OF 6

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

__Civil_____ Division

GLYNDA HOLCOMB

Case No. _____

*(to be filled in by the Clerk's Office)*

_____

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

CENTRAL FLORIDA REGIONAL TRANSIT
AUTHORITY OR LYNX

_____

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Glynda Holcomb |
| Street Address | Pacer Account username: gholcomb702 |
| City and County | Orlando, Orange |
| State and Zip Code | Orlando FL 32802 |
| Telephone Number | (850) 203-2201 |
| E-mail Address | gholcomb585@yahoo.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Central Florida Regional Transit Authority or Lynx |
| Job or Title *(if known)* | James Harrison, CEO |
| Street Address | 455 North Garland Avenue |
| City and County | Orlando, Orange |
| State and Zip Code | FL 32801 |
| Telephone Number | (407) 841-5969 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Glynda holcomb    , is a citizen of the

State of *(name)*    United States of America    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant,  *(name)*   James Harrison    , is a citizen of

the State of *(name)*    Florida    . Or is a citizen of

*(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)*   Lynx    , is incorporated under

the laws of the State of *(name)*    Florida    , and has its

principal place of business in the State of *(name)*   Florida    .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*  ~~12/10/2021~~  12/05/2021 ah , at *(place)*  Westmoreland ~~Avenue~~ Drive in Orlando, Florida                    ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Female operator with Lynx aboard Route 8 bound for downtown station failed to maintained adequate and responsible control of bus causing serioud bodily injury to Plaintiff and other passengers

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Aggressive breaking without attention to detail; Attempt to leave bus and flee the scene

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Female operator slammed the breaks and sent all passengers forward, flying, and being thrown from seated positions. It was determined by local law enforcement that the Lynx bus was not involved in a crash, collision, or other vehicular accident.

It is a fact the female operator did not fully understand the male trainer commands and imperatives. It is a fact the female operator was alerted to stop at each official-Lynx pink and white designated stop for the Route 8. Now, these pink and white designated stops occur as often as four per controlled intersection—especially in residential areas. Designated stops may occur within every 60 to 120 seconds or less along city routes. All Lynx designated stops are at or above eye level and are visible from the windshield up to the rear of each bus, rathe articulated or not.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              12/10/2021

Signature of Plaintiff

Printed Name of Plaintiff        Glynda Holcomb

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Civil Division

GLYNDA HOLCOMB

)
)
)
)

_____
#### Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

CENTRAL FLORIDA REGIONAL TRANSIT
AUTHORITY  OR LYNX

_____
#### Defendant(s)
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

2021 DEC 13  PM 3: 11

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Glynda Holcomb |
| Address | Pacer Account username: gholcomb702 |

| | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | (850) 203-2201 |
| E-Mail Address | gholcomb585@yahoo.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lynx |
| Job or Title *(if known)* | James Harrison, CEO |
| Address | 455 North Garland Avenue |

| | City | State | Zip Code |
|---|---|---|---|
| | Orlando | FL | 32801 |

| | |
|---|---|
| County | Orange |
| Telephone Number | (407) 841-5969 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity     [✔] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | City | State | Zip Code |
|---|---|---|---|

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity     [ ] Official capacity

Defendant No. 3
    Name               _____

    Job or Title *(if known)*   _____

    Address             _____

                           *City*          *State*        *Zip Code*

    County
    Telephone Number   _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name               _____

    Job or Title *(if known)*   _____

    Address             _____

                           *City*          *State*        *Zip Code*

    County
    Telephone Number   _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Racial discrimination by operators and Lynx staff

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Violation of disability rights and equal opportunity to board and make use of public transportation without discrimination

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?
Orange and Osceola Counties in Florida between September 2021 and December 2021

B.     What date and approximate time did the events giving rise to your claim(s) occur?
November 22, 2021 and December 6, 2021

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Operators denied use of ramp while using motorized and non-motorized mobility aid; Passed up by operators and disallowed transit access; Abandoned at designated stops; Sustained injuries from a non-U. S. born operator who clearly is not fluent in English

**IV.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
Detailed complaint of account on December 5, 2021 attached

**V.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.
I want the Court to investigate and render a favorable decision of one-time payment in the amount of $500 Million United States Dollars immediately upon decision from Lynx

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/10/2021

Signature of Plaintiff

Printed Name of Plaintiff          Glynda Holcomb, Pro Se Filer

### B.   For Attorneys

Date of signing:          12/10/2021

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| Glynda Holcomb | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v- | |
| Central Florida Regional Transit Authority, Lynx | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

2021 DEC 13 PM 3:11

FILED

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Glynda Holcomb |
| Street Address | Pacer user i.d. gholcomb702 |
| City and County | |
| State and Zip Code | |
| Telephone Number | (850) 203-2201 |
| E-mail Address | gholcomb585@yahoo.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name      Lynx
    Job or Title *(if known)*      CEO James Harrison
    Street Address      455 Garland Avenue
    City and County      Orlando, Orange
    State and Zip Code      FL  32801
    Telephone Number      (407) 841-5969
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   49 USC 5333; etc

Title VI
Title VII
American Disabilities Act of 1990

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
       The plaintiff, *(name)*  Glynda Holcomb  , is a citizen of the
       State of *(name)*  Florida  .

   b.   If the plaintiff is a corporation
       The plaintiff, *(name)* _____ , is incorporated
       under the laws of the State of *(name)* _____ ,
       and has its principal place of business in the State of *(name)*
       _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
       The defendant, *(name)* _____ , is a citizen of
       the State of *(name)* _____ . Or is a citizen of
       *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Lynx , is incorporated under
the laws of the State of *(name)* Florida , and has its
principal place of business in the State of *(name)* Florida .
Or is incorporated under the laws of *(foreign nation)* Florida ,
and has its principal place of business in *(name)* Orange County .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500M  USD

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attachment

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       12/10/2021

Signature of Plaintiff

Printed Name of Plaintiff       Glynda Holcomb

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address